IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01192-WYD-BNB

ROBERT BURNS, and
BETTY KLINE,

Plaintiffs,

v.

ANDERSON, CRENSHAW & ASSOCIATES, LLC, a Texas limited liability company,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     IT IS ORDERED that **Defendant's Motion for Leave to File First Amended Complaint** [Doc. # 18, filed 10/12/200] is DENIED WITHOUT PREJUDICE for failure to comply with D.C.COLO.LCivR 7.1A.


DATED:  October 16, 2007