IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01192-WYD-BNB

ROBERT BURNS, and
BETTY KLINE,

Plaintiffs,

v.

ANDERSON, CRENSHAW & ASSOCIATES, LLC, a Texas limited liability company,

Defendant.
_____

**ORDER**
_____

This matter is before me on the **Defendant's Second Motion for Leave to File First Amended Answer** [Doc. # 21, filed 10/16/2007] (the "Motion to Amend").  I held a hearing on the Motion to Amend the afternoon and made rulings on the record, which are incorporated here.  In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Amend is GRANTED IN PART and DENIED IN PART as follows:

DENIED as withdrawn insofar as the defendant seeks to add the affirmative defenses stated in paragraphs 50 (actions outside the line and scope of employment) and 52 (unjust enrichment); and

GRANTED in all other respects.

IT IS FURTHER ORDERED that the Clerk of the Court shall accept for filing the Defendant's First Amended Answer and Counterclaim [Doc. # 21-2].

IT IS FURTHER ORDERED that the plaintiffs shall respond to the Defendant's First Amended Answer and Counterclaim within ten days.

Dated November 15, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge