IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-01192-WYD-BNB

ROBERT BURNS; and
BETTY KLINE,

    Plaintiffs,

v.

ANDERSON, CRENSHAW & ASSOCIATES, LLC, a Texas limited liability company,

    Defendant.

## ORDER

THIS MATTER is before the Court on Defendant's Motion to Consolidate Cases and Supporting Memorandum (filed October 29, 2007). Defendant seeks to consolidate this case with a second lawsuit pending before Chief Judge Nottingham, Civil Action No. 07-cv-01328-EWN-BNB. Both cases involve claims under the Federal Debt Collection Practices Act ("FDCPA").

Defendant argues that consolidation is proper as both actions involve common questions of law and facts. Further, it is argued that a consolidation would avoid unnecessary cost and will eliminate the risk of inconsistent judgments. Plaintiffs in this case oppose consolidation.

Turning to my analysis, FED. R. CIV. P. 42(a) provides that "[w]hen actions involving a common question of law or fact are pending before the court, it may order a joint hearing or trial of any or all the matters at issue ion the actions; it may order all the

actions consolidated; and it may make such orders concerning proceedings therein as may tend to avoid unnecessary costs or delay." Consolidation is within the discretion of the trial court. *Gillette Motor Transport v. Northern Oklahoma Butane Co.*, 179 F.2d 711, 712 (10th Cir. 1950).

I find that the motion to consolidate should be denied. While both cases involve alleged violations of the FDCPA by Defendant, the cases involve different Plaintiffs with different sets of facts, dates and times of the alleged violations and different alleged violations of the FDCPA. Accordingly, I find that consolidation will not necessarily result in judicial economy and likely will result in confusion of the issues and potential unfairness to the Plaintiffs.

Based upon the foregoing, it is

ORDERED that Defendant's Motion to Consolidate Cases (filed October 29, 2007) is **DENIED**.

Dated: December 5, 2007

                                              BY THE COURT:

                                              s/ Wiley Y. Daniel
                                              Wiley Y. Daniel
                                              U. S. District Judge